IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ALEXANDER CASANELLAS LOPEZ,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 83358<br><br>**FILED**<br><br>AUG 2 7 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a second amended judgment of conviction. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

On June 1, 2021, appellant filed a motion to correct credit for time served. The district court granted the motion, and on July 21, 2021, the district court entered a second amended judgment of conviction correcting the credit for time served from 18 days to 410 days.

Appellant filed a subsequent appeal. Neither the granting of his motion nor the entry of the second amended judgment of conviction appears to aggrieve appellant. *See* NRS 177.015 (only an aggrieved party may appeal). In addition, appellant has previously litigated a direct appeal in this court. *Lopez v. State*, Docket No. 63462 (Order of Affirmance, July

22, 2014). Appellant may not litigate a second direct appeal from the same conviction. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.          _____, J.
Pickering                                              Herndon

cc:    Hon. Joseph Hardy, Jr., District Judge
       Alexander Casanellas Lopez
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk